UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 11-20551-36

JAMES BLAKE,

    Defendant.
                                      /

**ORDER PERMITTING SUBSTITUTION OF COUNSEL**

One August 26, 2014 a hearing was held regarding the substitution of newly retained counsel Lawrence Shulman and Todd Flood in place of court appointed counsel Christopher Seikaly as counsel for the defendant. For the reasons stated on the record,

IT IS ORDERED that Lawrence Shulman and Todd Flood shall be substituted in the place and stead of Christopher Seikaly as counsel for Defendant, James Blake.

IT IS FURTHER ORDERED, consistent with the provisions of the Local Rules of this district, that unless counsel is permitted for good cause to withdraw or is succeeded by subsequent counsel, they shall continue to represent the defendant until (a) the case is dismissed, (b) the defendant is acquitted, or (c) the direct appeal is completed. (E.D. Mich LCrR 57.1)

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 3, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 3, 2014, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522